UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

e-file
1-9-2004

| | |
|---|---|
| IN RE: )<br>)<br>MAHONEY HAWKES, LLP )<br>)<br>          Debtor )<br>) | Case No. 01-12880-WCH<br>Chapter 11 |

### NOTICE OF APPEAL

Go-Best Assets Limited, a creditor in this bankruptcy proceeding, appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Massachusetts, the Order of the Bankruptcy Court (the "Order") entered on the docket on December 30, 2003, allowing the Motion for Approval of the Disclosure Statement for the First Amended Joint Plan of Reorganization Proposed by Mahoney Hawkes, LLP and The Official Committee of Unsecured Creditors. A copy of the Order is attached hereto as Exhibit A. In the Order, the Bankruptcy Court specifically adopted and incorporated those rulings from its prior decision in this case which the Court did not otherwise address in the Order. A copy of the prior decision, In re Mahoney Hawkes, LLP, 289 B.R. 285 (Bankr. D. Mass. 2002), is attached hereto as Exhibit B.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. Go-Best Assets Limited, c/o William W. Kannel, Daniel S. Bleck, and Ruth M. Bayley, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, (617) 542-6000, and Peter B. Krupp, Lurie & Krupp, LLP, One McKinley Square, Boston, MA 02108, (617) 367-1970.

2. Mahoney Hawkes, LLP, c/o Christopher J. Panos and Taylor A. Green, Craig & Macauley, Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210, (617) 367-9500.



3. Creditors' Committee, c/o David S. Madoff, Cohn Khoury Madoff & Whitesell LLP, 101 Arch Street, Boston, MA 02110, (617) 951-2505.

4. Office of the United States Trustee, Thomas P. O'Neill Federal Office Building, 10 Causeway Street, Boston, MA 02222, (617) 788-0440.

Dated: January 9, 2004

GO-BEST ASSETS LIMITED

By its attorneys,

*/s/ William W. Kannel*

William W. Kannel (BBO No. 546724)
Daniel S. Bleck (BBO No. 560328)
Ruth M. Bayley (BBO No. 651314)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
  AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

--and--

Peter B. Krupp (BBO No. 548112)
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 02109
(617) 367-1970

TRA 1871362v1