UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  ) | |
| ) | |
| MAHONEY HAWKES, LLP  ) | Civil Action No. 04-10636-NG |
| ) | |
| ) | |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for appellant Go-Best Assets Limited.

Dated: April 5, 2004

/ S /  Peter B. Krupp
Peter B. Krupp
 B.B.O. # 548112
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA  02109
Tel: 617-367-1970